
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EVELIA VASQUEZ, | CV 13-398 PA (MRWx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO BANK SOUTHWEST, N.A. f/k/a WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK, FSB, | |
| Defendant. | |

Pursuant to the Court's February 19, 2013 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Defendant") , which dismissed all of the claims asserted by plaintiff Evelia Vasquez ("Plaintiff") against Defendant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Defendant shall have its costs of suit.
3  IT IS SO ORDERED.
4
5 DATED: February 19, 2013        _____
6                                           Percy Anderson
                                    UNITED STATES DISTRICT JUDGE